FILED
Clerk
District Court
AUG 17 2005
For The Northern Mariana Islands
By_____
(Deputy Clerk)

CV 00-0028

I, Clarence "Bud" White, do declare under oath:

By Order of the U.S. District Court for the Northern Mariana Islands dated April 9, 2001, in Civil Action No. 00-0028, I was appointed guardian ad litem of the minor children Daisy Jane R. Awitan and Michael Awitan; and,

Since that time I have expended monies on behalf of the children in accordance with my fiduciary duties to them; and,

Daisy Jane R. Awitan recently graduated as valedictorian of her high school class and has indicated a strong desire to attend nursing school; and,

In order for her to do so, I will need to access money currently under my trust that otherwise would be held for her until the age of 21; and,

I believe that it will be in the best interests of Daisy Jane to assist her with living and educational expenses from a portion of the money currently being held in trust, rather than waiting until she turns 21 on April 4, 2009; and,

I hereby petition the court to allow me to use my best judgment, consistent with my fiduciary duties to Daisy Jane, to use a portion of the funds held in trust to pay directly to the educational institution all tuition and living expenses, as well as to pay to her directly each month a small stipend to cover unanticipated expenses.

_____
Clarence "Bud" White