F I L E D
Clerk
District Court

AUG 1 7 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

RAUL AWITAN, as Personal Repre-      )    Civil Action No. 00-0028
sentative of the Estate of Ferdinand A.   )
Awitan,                               )
                                      )
            Plaintiff                 )    ORDER APPROVING
                                      )    REQUEST OF GUARDIAN
        v.                            )    AD LITEM TO EXPEND
                                      )    FUNDS FOR BENEFIT OF
TASI TOURS & TRANSPORTATION,          )    DAISY JANE R. AWITAN
INC., *et al.*,                       )    FOR EDUCATIONAL
                                      )    PURPOSES
            Defendants                )
                                      )
_____    )

BASED UPON the representations of Clarence "Bud" White, guardian ad

litem for minor child Daisy Jane R. Awitan, that, in his judgment the best interests of

said minor child will be served by allowing him, in his sole discretion, to expend

certain of the sums held by him in trust for the benefit of the minor child for her

education and maintenance; and, GOOD CAUSING APPEARING THEREFROM,

1

IT IS ORDERED that Clarence "Bud" White, guardian ad litem for minor child Daisy Jane R. Awitan, be and hereby is authorized to expend certain sums currently being held in trust for the minor child Daisy Jane R. Awitan. These sums are for living and educational expenses related to her enrollment in nursing school and continued pursuit of such educational goal, as follows:

First School Year       =       US$2,000.00

Second School Year     =       US$2,500.00

Third School Year       =       US$3,000.00

Fourth School Year      =       US$3,000.00

To the extend practicable, tuition and living expenses should be paid directly to the educational institution, Northern Luzon Adventist College; however, the guardian ad litem is also authorized to pay from the sums set out above a monthly stipend directly to Daisy Jane R. Awitan for unanticipated expenses.

Should the guardian find it necessary to expend more than the sums authorized, he may petition the court by letter for permission to access the trust corpus for the additional necessary sums.

The guardian shall continue to keep an accounting of all sums expended on behalf of the minor child and she has been advised that these sums will be deducted

AO 72
(Rev. 8/82)

1   from the amount which would otherwise be due to her at age 21.

2       DATED this _17²ᵈ_ day of August, 2005.

3

4

5

6                                        _Alex R. Munson_

7                                        ALEX R. MUNSON
                                              Judge
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

AO 72
(Rev. 8/82)