RECEIVED
APR 2 6 2006
Clerk
District Court
The Northern Mariana Islands

I, Clarence "Bud" White, do declare under oath:

By order of the U.S. District Court for the Northern Mariana Islands dated April 9, 2001, in Civil Action No. 00-0028, I was appointed guardian ad litem of the minor children Daisy Jane R. Awitan and Michael Awitan; and,

FILED
Clerk
District Court
APR 27 2006
For The Northern Mariana Islands
By_____
(Deputy Clerk)

Since that time I have expended monies on behalf of the children in accordance with my fiduciary duties to them; and,

Michael Awitan recently graduated from high school and plans to attend college in June 2006 majoring in business accounting.; and,

In order for him to do so, I will need to access money currently under my trust that otherwise would be held for him until age 21; and,

I believe that it will be in the best interests of Michael to assist him with living and educational expenses from a portion of the money currently being held in trust, rather than waiting until he turns 21 on August 24, 2010; and,

I hereby petition the court to allow me to use my best judgment, consistent with my fiduciary duties to Michael, to use a portion of the funds held in trust to pay directly to the educational institution all tuition and living expenses, as well as to pay to him directly each month a small stipend to cover unanticipated expenses.

_____
Clarence "Bud" White