F I L E D
Clerk
District Court

APR 27 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| RAUL AWITAN, as Personal Representative of the Estate of Ferdinand A. Awitan,<br><br>        Plaintiff<br><br>        v.<br><br>TASI TOURS & TRANSPORTATION, INC., *et al.*,<br><br>        Defendants | Civil Action No. 00-0028<br><br>ORDER APPROVING REQUEST OF GUARDIAN AD LITEM TO EXPEND FUNDS FOR BENEFIT OF MICHAEL AWITAN FOR EDUCATIONAL AND LIVING EXPENSES |

BASED UPON the April 26, 2006, affidavit of Clarence "Bud" White, guardian ad litem for Michael Awitan, and good cause appearing therefrom,

IT IS ORDERED that Clarence "Bud" White may expend funds held in his trust as he in his sole discretion determines will assist Michael Awitan for his living and educational expenses. These funds shall come from the amount which would

1

AO 72
(Rev. 08/82)

otherwise be due to Michael Awitan at age 21.

DATED this 27th day of April, 2006.

*Alex R. Munson*
ALEX R. MUNSON
Judge