F I L E D
Clerk
District Court

JUL 2 0 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| RAUL AWITAN, as Personal Representative of the Estate of Ferdinand A. Awitan,<br><br>　　　　　Plaintiff<br><br>　　　　　v.<br><br>TASI TOURS & TRANSPORTATION, INC., *et al.*,<br><br>　　　　　Defendants | Civil Action No. 00-0028<br><br>ORDER APPROVING REQUEST OF GUARDIAN AD LITEM TO TAKE CERTAIN STEPS TO FACILITATE TRANSFER OF FUNDS FOR LIVING AND EDUCATIONAL EXPENSES |

　　　　IT IS ORDERED that Clarence "Bud" White may take all steps necessary to facilitate the transfer of funds for the benefit of Daisy Jane R. Awitan and Michael Awitan for their living and educational expenses, including but not limited to:

　　　　1. Establishing a guardianship account for each child, with Clarence "Bud" White as guardian for each child's account; and,

1

2. Transferring equal amounts of the assets of the children from their current trust account into each of the guardianship accounts mentioned above; and,

3. Any other step necessary to effectuate the goal of facilitating the transfer of funds from the childrens' trust account(s) to the the guardianship accounts to be established as a result of this order; and,

4. Invest in U.S. Treasury Notes, rather than in a U.S. Government Mortgage Fund as specified in a previous order.

Unless expressly changed by this order, the court's order of September 4, 2001, and all subsequent orders of the court remain in full force and effect.

DATED this 20th day of July, 2006.

                                         _____
                                                 ALEX R. MUNSON
                                                       Judge